# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
February 16, 2017

In re:

    Leigh Small

    Amy Small

               Debtor*

Case Number: 16–31683 amn
Chapter: 7

### ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE SECTION 523 AND/OR 727 COMPLAINT

    Neighborhood Housing Services of New Haven, Inc. (the "Movant") filed a Motion for Extension of Time to File a 523 and/or 727 Complaint, ECF No. 35. After notice and a hearing, and it appearing that the relief in the Motion should be granted, it is hereby

    ORDERED, that the time for the Movant Neighborhood Housing Services of New Haven, Inc. to file a 523 and/or 727 Complaint is extended to May 1, 2017 .

Dated: February 16, 2017                                                                                   BY THE COURT

*Ann M. Nevins*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
157 Church Street, 18th Floor
New Haven, CT 06510

Tel. (203) 773–2009
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 140 – pe

*For the purposes of this order, "Debtor" means "Debtors" where applicable.