# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
November 20, 2017

In re:

    Leigh Small

    Amy Small

                    Debtor*

Case Number: 16–31683 amn
Chapter: 7

### ORDER GRANTING EXTENSION OF TIME TO FILE A COMPLAINT OBJECTING TO DISCHARGEABILITY OF DEBT PURSUANT TO 11 U.S.C. § 523

    Neighborhood Housing Services of New Haven, Inc. (the "Movant"), filed a Motion for Extension of Time to File a Complaint Objecting to Dischargeability of a Debt Pursuant to 11 U.S.C. § 523 (the "Motion", ECF No. 145). After notice and a hearing, *see* 11 U.S.C. § 102(1), and in compliance with the Court's Contested Matter Procedure, it appearing that the relief in the Motion should be granted; it is hereby

    **ORDERED:** The time for Movant Neighborhood Housing Services of New Haven, Inc. to file a Complaint pursuant to 11 U.S.C. § 523 is extended to January 31, 2018.

Dated: November 20, 2017

BY THE COURT

*Ann M. Nevins*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
157 Church Street, 18th Floor
New Haven, CT 06510

Tel. (203) 773–2009
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 140 – sr

*For the purposes of this order, "Debtor" means "Debtors" where applicable.