# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
January 22, 2018

In re:

    Leigh Small

    Amy Small

                      Debtor*

Case Number: 16–31683 amn
Chapter: 7

### ORDER GRANTING EXTENSION OF TIME TO FILE A COMPLAINT OBJECTING TO DISCHARGEABILITY OF DEBT PURSUANT TO 11 U.S.C. § 523

    Neighborhood Housing Services of New Haven, Inc. (the "Movant"), filed a Motion for Extension of Time to File a Complaint Objecting to Dischargeability of a Debt Pursuant to 11 U.S.C. § 523 (the "Motion", ECF No. 199). After notice and a hearing, *see* 11 U.S.C. § 102(1), and in compliance with the Court's Contested Matter Procedure, it appearing that the relief in the Motion should be granted; it is hereby

    **ORDERED:** The time for Movant Neighborhood Housing Services of New Haven, Inc. to file a Complaint pursuant to 11 U.S.C. § 523 is extended to April 30, 2018.

Dated: January 22, 2018

BY THE COURT

Ann M. Nevins
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
157 Church Street, 18th Floor
New Haven, CT 06510

Tel. (203) 773–2009
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 140 – es

*For the purposes of this order, "Debtor" means "Debtors" where applicable.