**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| IN RE: | ) | No. 16-31683 |
| Small, Leigh and Amy | ) | Chapter 7 |
| Debtors | ) | April 23, 2018 |

**NOTICE OF CONTESTED MATTER RESPONSE DATE**

Debtors have filed a Motion to Extend Time to file a Nondischargeability Complaint (the "Contested Matter") with the U.S. Bankruptcy Court. Notice is hereby given that any response to the Contested Matter must be filed with the Court no later than May 7, 2018. In the absence of a timely filed response, the proposed order in the Contested Matter *may* enter without further notice and hearing, *see*, 11 U.S.C. § 102(1).

**NEIGHBORHOOD HOUSING**
**SERVICES OF NEW HAVEN, INC.**

_____/s/_____
Scott M. Charmoy, Esq.    CT15889
Charmoy & Charmoy
1700 Post Road, Suite C-9
Fairfield, CT  06824
(203) 255-8100
scottcharmoy@charmoy.com

*Pursuant to Federal Rule of Bankruptcy Procedure 9006(f), if service is made by mail, three days are added after the response date set in this notice.

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: | ) | No. 16-31683 |
| Small, Leigh and Amy | ) | Chapter 7 |
|    Debtors | ) | April 23, 2018 |

**MOTION TO EXTEND TIME TO FILE NONDISCHARGEABILITY COMPLAINT**

Neighborhood Housing Services of New Haven, Inc., ("Movant") hereby respectfully moves to extend the time to file a nondischargeability complaint to May 31, 2018 as follows:

1.  Debtors filed the instant case on October 31, 2016. Movant sought and received an extension of time to file a nondischargeability complaint and objections to discharge to May 1, 2017.

2.  On or about July 31, 2013, Movant retained Advanced Construction Technologies, Inc. ("Advanced Construction") to perform construction services at a property known as 15 Lilac Street, New Haven, CT. On or about March of 2015, Advanced Construction walked off the job with no explanation. Movant was forced to hire a replacement contractor to complete the job, at substantial expense. Advanced Construction also failed to pay certain subcontractors, which Movant then had to pay.

3.  Movant sued Advanced Construction in the Superior Court, J.D. of New Haven at New Haven, case captioned <u>Neighborhood Housing Services of New Haven, Inc. vs. Advanced Construction Technologies, Inc</u>., No. NNH-CV-15-6054112-S, and on May 6, 2016 obtained a judgment in the amount of $300,498.40.

4.  Debtor owns a 50% interest in an entity that holds a 49% interest in Advanced Construction. Debtor's cousin, Bruce Small, holds the other 50% in that entity. An individual

named Yul Wately owns the other 51% of Advanced Construction.

5. According to the Debtor's schedules, neither Advanced Construction nor the entity holding that 50% interest has any value.

6. In order to investigate Advanced Construction's affairs, and to determine if Movant had any causes of action against Debtor, Movant sought and obtained orders from this Court allowing it to conduct Rule 2004 examinations of the above three individuals. The orders authorizing the Rule 2004 examinations of Wately and Bruce Small were granted on April 7th.

7. Due to the nature and extent of the documents sought and the scheduling conflicts that have already arisen and are likely to arise with the subjects of the examination and their counsel, Movant will not be able to complete the examinations and digest the information in sufficient time to determine whether a cause of action against the Debtor exists by the current May 1, 2017 deadline.

8. As a result, Movant sought an extension of the objection to discharge/ nondischargeability complaint deadline to June 30, 2017.

9. Debtor objected to NHS' above referenced motions for examination, as well as its motion to extend time to object to the Debtor's discharge and file a nondischargeability action and its motion to extend time to file a proof of claim.

10. The matter was heard before the Court on June 14, 2017, and on October 6, 2017 the Court issued an oral ruling determining that NHS is a party in interest in this case with standing to request 2004 examinations and bring a nondischargeability action. It granted NHS' motions to take a number of 2004 examinations, and extended the time for it to object to Debtors' discharge and/or file a nondischargeability complaint until October 31, 2017. NHS was

effectively prohibited from conducting this discovery until this order entered. Debtors have appealed same.

11. After several extensions of the nondischargeability bar date, the current nondischargeability bar date is April 30, 2018. The order granting NHS' request for 2004 examination of Leigh and Bruce Small entered on October 6, 2017. Since that date, through several court hearings, the deponent Leigh Small has complied with NHS' discovery request in fits and starts, not commencing production until February 21, 2018, and producing most but not all of NHS' discovery request before April 4, 2018. Documents are still outstanding at this time.

12. Likewise, Deponent Bruce Small did not agree to comply with certain portions of NHS' discovery request directed at him pursuant to his 2004 examination until the hearing on this matter on April 4, 2018 (the Court disallowed other portions of NHS' discovery request). NHS obtained same discovery on April 9, 2018.

13. The Court has preliminarily ordered the examination of Leigh Small to occur on April 27th, subject to his counsel's availability, which is not yet confirmed. Even if same examination is completed on that date, NHS will not reasonably have time to digest the results of that examination, obtain the transcript of same, and determine whether or not to prosecute an adversary proceeding under §523(a) by April 30th.

14. Accordingly, NHS reasonably requests a further continuance of the non-dischargeability bar date to May 31, 2018.

15. Pursuant to Local Rule 7(b), undersigned counsel reports it has sought Debtors' counsel's position on this motion. Debtors counsel does not object to this motion but states as follows: "In light of the Court's order and ruling (ECF Nos. 124, 127), Debtors believe it would be inappropriate to file an objection in Bankruptcy Court to the further requested for extension of

time sought by Movant. Debtors reserve their rights as set forth in their appeal of ECF Nos. 124, 127, styled *In re: Small*, 3:17-cv-01744 (JAM)."

**WHEREFORE**, Movant respectfully moves to extend the bar date to file a nondischargeability complaint under §523(a) to May 31, 2018, and for any other relief deemed just and equitable.

**NEIGHBORHOOD HOUSING SERVICES OF NEW HAVEN, INC.**

_____/s/_____
Scott M. Charmoy, Esq.    CT15889
Charmoy & Charmoy
1700 Post Road, Suite C-9
Fairfield, CT  06824
(203) 255-8100
scottcharmoy@charmoy.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: | ) | No. 16-31683 |
| Small, Leigh and Amy | ) | Chapter 7 |
| Debtors | ) | |

## ORDER

The foregoing Motion to Extend the deadline to file a Nondischargeability Complaint, having been presented to this Court, is hereby **GRANTED**, and it is further **ORDERED**, that Neighborhood Housing Services of New Haven, Inc.'s deadline to file a nondischargeability complaint under §523(a) is hereby extended to May 31, 2018.

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: | ) | No. 16-31683 |
| Small, Leigh and Amy | ) | Chapter 7 |
| Debtors | ) | April 23, 2018 |

## CERTIFICATION

This is to certify that on the above date a copy of the Notice of Contested Matter Response Date, Motion to Extend Time to file Nondischargeability Complaint, and Proposed Order were served by first class mail, postage prepaid, upon the creditor body and parties entitled to notice as set forth below.  Parties with electronic appearances, including the United States Trustee's Office, were served pursuant to the Court's ECF/CM system.

**NEIGHBORHOOD HOUSING
SERVICES OF NEW HAVEN, INC.**


_____/s/_____
Scott M. Charmoy, Esq.    CT15889
Charmoy & Charmoy
1700 Post Road, Suite C-9
Fairfield, CT  06824
(203) 255-8100
scottcharmoy@charmoy.com

## **LIST OF CREDITORS AND TAXING AUTHORITIES**

S Squared Development
Attn: Pres, Gen Mgr. or Acct Rep
30 Hazel Terrace, Suite 10
Woodbridge, CT 06525

Aaron Askew
579 Third Avenue
West Haven, CT 06516

Alphabet Academy LLC
Attn: Pres, Gen Mgr. or Acct Rep
605 Benham St
Hamden, CT 06514

Bank of America
PO Box 982238
Attn: President, Secretary or Mng Agent
El Paso, TX 79998

Barrett Couden
128 Skyview Circle
Hamden, CT 06514

Zullo & Jacks Law Office
Attn: President, Secretary or Mng Agent
83 Main St
East Haven, CT 06512

Connecticut Orthopedic Specialist
Attn: President, Secretary or Mng Agent
84 N Main St
Branford, CT 06405

Crystal Property Managers LLC
Attn: President, Secretary or Mng Agent
128 Skyview Circle
Hamden, CT 06514

Department of Revenue Services
Collections Unit Bankruptcy Team
450 Columbus Blvd, Ste 1
Hartford, CT 06103

2100 Whitney Avenue LLC
c/o FPJ Investments LLC
Attn: Pres, Gen Mgr. or Acct Rep
105 Sanford St
Hamden, CT 06514

Advanced Construction Technologies
Attn: Pres, Gen Mgr. or Acct Rep
25 Palmieri Drive
New Haven, CT 06515

Amity Physical Therapy LLC
Attn: Pres, Gen Mgr. or Acct Rep
228 Whitney Ave
Hamden, CT 06518

Century Financial Services Inc.
Attn: :President, Secretary or Mng Agent
23 Maiden Lane
North Haven, CT 06473

Bruce Small
63 Henry Street
Fairfield, Ct 06824

Chatham Land Development LLC
Attn: :President, Secretary or Mng Agent
PO Box 185268
Hamden, CT 06518

Yul Wately
25 Palmeri Drive
New Haven, CT 06515

Crystal Property Restoration LLC
Attn: President, Secretary or Mng Agent
30 Hazel Terr., Suite 26
Woodbridge, CT 06525

Dutch Wharf Boat & Marina Inc.
Attn: President, Secretary or Mng Agent
70 Maple Street
Branford, CT 06405

Earl D. Geyer Jr. and April Geyer
62 Benham Hill Place
Hamden, CT 06514

Ford Motor Credit
Attn: President, Secretary or Mng Agent
PO Box 62180
Colorado Springs, CO 80962-2180

Frank Perrotti Jr.
105 Sanford St
Hamden, CT 06514

George Koutroumanis
15 Rollin Road
Woodbridge, CT 06525

Attn.: Gerald P Ryan, Trustee
National Lumber Inc.
270 East Main St
Branford, CT 06405

Golfcrest Development LLC
Attn: President, Secretary or Mng Agent
30 Hazel Terrace
Suite 10
Woodbridge, CT 06525

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia PA 19101-7346

J Crew/Comenity Bank
Attn: President, Secretary or Mng Agent
PO Box 659704
San Antonio, TX 78265

Jo Max Recovery Services
Attn: President, Secretary or Mng Agent
9242 W Union Hills Drive, Suite 102
Peoria, AZ 85382

Joshua Brown
7 South Main St
Branford, CT 06405

Keybank/AES
Attn: President, Secretary or Mng Agent
PO Box 61047
Harrisburg, PA 17106

L&A Development LLC
Attn: President, Secretary or Mng Agent
128 Skyview Circle
Hamden, CT 06514

Law Office of W Martyn Philpot, Jr LLC
409 Orange St
New Haven, CT 06511

Lenox Builders LLC
Attn: President, Secretary or Mng Agent
30 Hazel Terrace, Suite 10
Woodbridge, CT 06525

Lyon & Billard Co.
Attn: President, Secretary or Mng Agent
995 Washington St
Middletown, CT 06457

Michael and Holly Benedetti
128 Skyview Circle
Hamden, CT 06518

Naugatuck Valley Savings and Loan
Attn: President, Secretary or Mng Agent
333 Church St
Naugatuck, CT 06770

NCB Management Services Inc.
Attn: President Secretary of Mng Agent
PO Box 1099
Langhorne, PA 19047

Neighborhood Housing Services
Attn: President, Secretary or Mng Agent
333 Sherman Ave
New Haven, CT 06511

Yolin & Perzin LLC
Attn: President, Secretary or Mng Agent
12 Trumbull St
New Haven, CT 06511

PC Richards & Son/ Synchrony Bank
Attn: President, Secretary or Mng Agent
PO Box 960061
Orlando, FL 32896

Primary Residential Mortgage Inc.
Attn: President, Secretary or Mng Agent
PO Box 593
Salt Lake City, UT 84110

Rogin Nassau LLC City Place I
Attn: President, Secretary or Mng Agent
185 Asylum St, 22nd Fl
Hartford, CT 06103

Sheffield Financial
Attn: President, Secretary or Mng Agent
PO Box 580229
Charlotte, NC 28258

TJX Rewards / Syncs
Attn: President, Secretary or Mng Agent
PO Box 530948
Atlanta, GA 30353

Wells Fargo Card Services
Attn: President, Secretary or Mng Agent
PO Box 6412
Carol Stream, IL 60197

Yale New Haven Hospital
Attn: President, Secretary or Mng Agent
20 York St
New Haven, CT 06510

Nelnet
Attn: President, Secretary or Mng Agent
PO Box 82561
Lincoln, NE 68501

Nordstrom Bank
Attn: President, Secretary or Mng Agent
PO Box 6555
Englewood, CO 80155

Platte River Insurance Co
Attn: President, Secretary or Mng Agent
1600 Aspen Commons
Middleton, WI 53562

Restoration Hardware
Comenity Bank
Attn: President, Secretary or Mng Agent
PO Box 182273
Columbus, OH 43218

Seterus Inc.
Attn: President, Secretary or Mng Agent
PO Box 1077
Hartford, CT 06143

TD Bank NA
Attn: President, Secretary or Mng Agent
PO Box 9547
Portland, ME 04112

Trans-Continental Credit & Collection
Attn: President, Secretary or Mng Agent
PO Box 5055
White Plains, NY 10602

Wolf Horowitz & Etlinger LLC
Attn: President, Secretary or Mng Agent
99 Pratt St
Hartford, CT 06103

## PARTIES WHO RECEIVE ELECTRONIC NOTICE AND DEBTORS

Office of The United States Trustee
150 Court St.
Room 302
New Haven, CT 06510

Kara Rescia, Esq. Trustee
Rescia, Katz & Shear, LLP
5104A Bigelow Commons l
Enfield, CT 06082

Lucas Bennett Rocklin, Esq.
Neubert Pepe & Monteith PC
195 Church St., 13th Floor
New Haven CT 06510
For Creditor Liberty Bank

Patricia Davis, Esq.
Marinosci Law Group
275 West Natick Road
Warwick, RI 02886
For Creditor NationStar Mortgage, LLC

Lauren McNair, Esq.
Jeffrey M. Sklarz, Esq.
Green & Sklarz LLC
243 Tresser Blvd, 17th Floor
Stamford, CT 06901
For Debtors Amy Small and Leigh Small

Leigh and Amy Small
73 Sunset Beach Road
Branford CT  06405